

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: 2/7/2020

To: The Honorable Martin Reidinger
U.S. District Judge

From: Joel Taylor
Supervising U.S. Probation Officer

Subject: Kenneth Randolph Patterson
Docket No. 0419 2:91CR00081
NOTIFICATION OF DEATH

Kenneth Randolph Patterson was sentenced in the Western District of North Carolina by The Honorable Richard L. Voorhees on 9/8/92 to Three Hundred Eighty-Seven (387) months imprisonment to be followed by Five (5) years supervised release. This memo is to inform you that Kenneth Patterson died, while in BOP custody, on 1/12/2020. We will be closing our supervision case file on the defendant due to his death.

Should you have any questions or concerns, please feel free to contact me at 828-771-7336.

PB

cc: Assistant U.S. Attorney
Frank G. Johns, Clerk of Court, Charlotte, NC